**Order entered November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00878-CV

**BRANCH BANKING AND TRUST COMPANY, Appellant**

**V.**

**SWIG PARTNERS GP, LLC, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-03427**

## ORDER

We **GRANT** the November 2, 2015 second motion of court reporter Vielica Dobbins for an extension of time to file the reporter's record. The reporter's record shall be filed by **DECEMBER 2, 2015**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE